# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| WAYNE DEMARS HAMILTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CV411-007 |
| | ) |
| AL ST. LAWRENCE, Sheriff, | ) |
| | ) |
| Respondent. | ) |

## **REPORT AND RECOMMENDATION**

Indicted in state court for drug possession and fleeing to elude a police officer, *see* attached state-court docket print-out, Wayne D. Hamilton[1] filed a 42 U.S.C. § 1983 case to "look into [that prosecution] and get it dismissed." *Hamilton v. Martin,* doc. 1 at 6 (S.D. Ga. Aug. 27, 2010). The Court has since recommend that *Hamilton* be dismissed with prejudice because plaintiff sought "to affect the fact or duration of his

---

[1] The Court has amended the above caption to reflect plaintiff's full (including his middle) name. Also, he named as a co-respondent Georgia's last Attorney General, Thurbert Baker (Sam Olens is the current A.G.). But under 28 U.S.C. § 2254 Rule 2, Hamilton may only name as respondent the person who currently holds him in custody -- Chatham County, Georgia Sheriff Al. St. Lawrence. So, the Court has deleted Baker's name from the caption. The Clerk shall amend the docket accordingly, and all subsequent filings shall conform.

confinement by the state, [so the Court instructed him to first] "seek federal habeas corpus relief (or *appropriate state* relief) instead" of a § 1983 judgment. *Id.* doc. 6 at 3 (emphasis added). That meant that he must first exhaust his state court remedies:

> So long as review is available in the Georgia courts . . . "this Court is precluded from the consideration of the substance of [Hamilton's claims] until the issues have been squarely and fairly presented to the Georgia courts for their consideration." *Fields v. Tankersley*, 487 F. Supp. 1389, 1391 (S.D. Ga. 1980). As Petitioner apparently has not sought relief in state court, he has not exhausted his state court remedies. *See Castille v. Peoples*, 489 U.S. 346, 109 S. Ct. 1056, 103 L. Ed. 2d 380 (1989) (holding that a claim is only exhausted if it was presented to the state courts under remedies available under state law).

*Ellis v. Unnamed Defendant*, 2010 WL 3842806 at * 1 (N.D. Ga. Sep. 28, 2010); *see also* 28 U.S.C. § 2254(b), (c). *Hamilton*, doc. 6 at 3 n. 3.

Refusing to heed the Court's exhaustion reminder, Hamilton has just filed a 28 U.S.C. § 2254 petition with this Court. CV411-007, doc. 1. He also moves for leave to file it *in forma pauperis* (IFP). Doc. 2. He did this after entering, in state court, into a "negotiated guilty plea January 1, 2011." Attach. at 1. He evidently insists on challenging some or all of those proceedings here, rather than within the state courts.

2

This he cannot do. Instead, he must first invoke his direct and collateral appeal rights within the state court system. He is instructed to file no more unexhausted actions here. The Court therefore **GRANTS** Hamilton's IFP motion (doc. 2) but recommends that his § 2254 petition be **DISMISSED WITHOUT PREJUDICE** to refile *after* he satisfies 28 U.S.C. § 2254(b)(1)(A) ("[a]n application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that -- (A) the applicant has exhausted the remedies available in the courts of the State. . . ."); *see also* 28 U.S.C. § 2254(c) (an applicant for federal habeas relief has not exhausted his state remedies "if he has the right under the law of the State to raise, by any available procedure, the question presented."); *O'Sullivan v. Boerckel*, 526 U.S. 838, 839 (1999).

**SO REPORTED AND RECOMMENDED** this  26th  day of January, 2011.

_/s/ JH Smitt_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA

# Chatham County
## Court Case Search System

133 Montgomery St.
Savannah, GA 31401

New Search | Contact Information | Map & Directions | S.O.R.T.

## Case Details

### Case Information

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR100759 |
| Case Type: | DRUGS - POSSESSION-F |
| Judge: | HONORABLE JOHN MORSE |
| Style: | State VS HAMILTON, WAYNE DEMARS |
| Assistant District Attorney: | REGINALD C MARTIN |
| Date Filed: | 4/7/2010 |
| Status: | ACTIVE |
| Superior Court Fines: | Check for Court Fines |
| Next Event: | 2/10/2011 JURY TRIAL |

### Attorney Information
STEVE McCUSKER - 540 East Oglethorpe Ave  SAVANNAH  GA  31401

### Bondsman Information
N/A

### Defendant Information

| | |
|---|---|
| DIN: | X0091954 |
| Name: | HAMILTON, WAYNE DEMARS |
| Date of Birth: | |
| SSN: | Blocked |
| Race: | AFRICAN AMERICAN |
| Gender: | MALE |
| Height: | 64 |
| Weight: | 140 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Address: | |
| Prior Address: | |

Chatham County Sheriff -X0091954

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 40-6-395 | FLEEING TO ELUDE POLICE OFFICER | 1 | FELONY | 11/18/2009 4:50:31 AM | |
| 16-13-30(A) | POSSESSION CONTROLLED SUBSTANCE | 1 | FELONY | 11/18/2009 4:51:01 AM | |

### Proceedings

| Code | Date | Time | Action | Judge | Details | Docs |
|---|---|---|---|---|---|---|
| JURY TRIAL | 2/10/2011 | 10:00AM | | HONORABLE JOHN MORSE | | |
| TRANSCRIPT RECEIVED | 1/21/2011 | | | | NEGOTIATED GUILTY PLEA JANUARY 6,2011 | |
| MOTION HEARING (MTH) | 1/6/2011 | 2:00PM | | HONORABLE JOHN MORSE | | |
| MASTER LIST FOR WITNESSES | 12/28/2010 | | | | | |
| TRIAL DOCKET FILED | 12/26/2010 | 09:00AM | CANCELLED EVENT - CL | HONORABLE JOHN MORSE | | |
| CERTIFIED MAIL RECEIPT | 12/16/2010 | | | | 7004 1160 0005 7452 4721/ | |
| MOTION - TO DISMISS | 12/2/2010 | | | | PRO SE MOTION TO DISMISS/ | |
| PRO SE LETTER RECEIVED AND CLERKS RESPONSE | 12/2/2010 | | | | | |
| STATUS CONFERENCE HEARING | 11/22/2010 | 2:00PM | | HONORABLE JOHN MORSE | | |
| PRO SE LETTER RECEIVED AND CLERKS RESPONSE | 10/25/2010 | | | | | |
| PRO SE LETTER RECEIVED AND CLERKS RESPONSE | 10/18/2010 | | | | | |
| MOTION - MOTION TO SUPPRESS | 10/15/2010 | | | | PRO SE/ | |
| ORDER | 9/15/2010 | | | | ORDER ON DEF"S PRO SE MOTION, DISMISSED/ | |
| CERTIFIED MAIL RECEIPT | 7/19/2010 | | | | DEF/ | |
| PRO SE LETTER RECEIVED AND CLERKS RESPONSE | 7/1/2010 | | | | | |
| DEFENDANTS ELECTION TO PROCEED UNDER OCGA 17-16-1 | 6/21/2010 | | | | | |
| ENTRY OF APPEARANCE | 6/21/2010 | | | | STEVE MCCUSKER/ | |
| STATE"S DISCOVERY DISCLOSURE | 6/10/2010 | | | | STATE"S DEMAND FOR RECIPROCAL DISCOVERY/STATE"S DEMAND FOR DISCOVERY/STATE"S DEMAND FOR DISCOVERY/STATE"S DEMAND FOR DISCLOSRUE OF WITNESS IDENTITIES AND INFO/STATE"S DEMAND FOR WITNESS STATEMENS/STATE"S DEMAND FOR DISCOVERY | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | REGARDING ALIBI/CERT OF SVC/ |
| DEFENDANTS REQUEST FOR DISCOVERY | 6/8/2010 | | | | DEF DISCOVERY REQ AND NTC OF DEF ELECTION TO PROCEED UNDER OCGA 17-6-1 ET SEQ AND CONSOLIDATED MTHS/ |
| PLEA OF NOT GUILTY | 6/7/2010 | | | | REFUSED TO SIGN/ |
| CALENDAR CALL | 6/7/2010 | 09:00AM | | HONORABLE JOHN MORSE | |
| MOTION - MOTION TO SUPPRESS | 6/2/2010 | | DISMISSED | | PRO SE MOTION TO SUPPRESS/ |
| PRO SE LETTER RECEIVED | 5/26/2010 | | | | SPECIAL DEMURRER/ |
| DEMAND FOR DISCOVERY | 5/26/2010 | | DISMISSED | | PRO SE DEMAND FOR DISCOVERY/ |
| MOTION - MOTION TO SUPPRESS | 5/21/2010 | | DISMISSED | | PRO SE MOTION TO SUPPRESS/ |
| PRO SE LETTER RECEIVED AND CLERKS RESPONSE | 5/17/2010 | | | | |
| NOTICE - OF INTENT | 5/7/2010 | | | | NOTICE OF INTENT TO USE PRIOR FELONY CONVICTIONS TO AGGRAVATE SENTENCING UNDER OCGA SEC 17-10-7 (C)/ |
| CERTIFIED MAIL RECEIPT | 5/4/2010 | | | | |
| MOTION - TO DISMISS | 4/30/2010 | | DISMISSED | | PRO SE PLEA IN ABATEMENT AND MOTION TO DISMISS/ |
| PRO SE LETTER RECEIVED AND CLERKS RESPONSE | 4/21/2010 | | | | |
| ENTRY OF APPEARANCE | 4/13/2010 | | | | CHRISTOPHER MIDDLETON/ |
| DEFENDANTS ELECTION TO PROCEED UNDER OCGA 17-16-1 | 4/13/2010 | | | | |
| SCREENING | 4/7/2010 3:55:20 PM | | | | Initial Case Screening / Scanning |
| INDICTMENT | 4/7/2010 | | | | |

New Search

Chatham County Court Case Lookup System
133 Montgomery Street, Savannah, Ga 31401

**Disclaimer**